IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOBBY HAMPTON

          *Plaintiff*,

   v.

WILLOW GROVE PARK MALL, *et al.*

          *Defendants*.

Case No.  2:20-cv-04298-JDW

<u>ORDER</u>

**AND NOW,** this 22nd day of October, 2020, upon consideration of Plaintiff's Motion to Remand to the Court of Common Pleas of Philadelphia County Pursuant to 28 U.S.C. § 1447(C) (ECF No. 14), and consistent with the Court's independent obligation to ensure its subject matter jurisdiction, it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED.**  The Clerk of Court shall remand this this case to the Philadelphia Court of Common Pleas.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.